Thomas O. **BENNETT, Jr.** and James B. Bonham Corporation, Appellants

v.

Randy **REYNOLDS**, Appellee.

No. 03–05–00034–CV.

Court of Appeals of Texas, Austin.

Jan. 19, 2011.

Keith Woodley, for Thomas O. Bennett, Jr. and James B. Bonham Corporation.

Richard T. Miller, for Randy Reynolds.

Before Justices PATTERSON, PEMBERTON and HENSON.

### *SUPPLEMENTAL OPINION*

BOB PEMBERTON, Justice.

As suggested in our opinion on remand issued November 18, 2010, Reynolds has filed a remittitur of $240,000 as to Bennett and $990,000 as to Bonham Corporation with the clerk of the district court. Ac-

cordingly, we reform the exemplary damages portion of the district court's judgment to award Reynolds $10,000 from Bennett and $10,000 from Bonham Corporation. We affirm the district court's judgment as reformed.

Justice PATTERSON not participating.